157 So. 235

### Buster HALLMARK v. STATE.

6 Div. 607.

Supreme Court of Alabama.

Oct. 18, 1934.

R. F. Peters, of Fayette, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

**336**

FOSTER, Justice.

Petition of Buster Hallmark for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hallmark v. State, 157 So. 234.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.